**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-21523-ALTMAN**

**ANGEL JOSE MARCANO PENA**,

      *Plaintiff,*

v.

**ICE**, *et al.,*

      *Defendants.*

_____/

## ORDER TO SHOW CAUSE

Federal Rule of Civil Procedure 4(m) requires the Plaintiff to serve the summons and complaint on each defendant within 90 days after the filing of the complaint. *See* FED. R. CIV. P. 4(m). The Plaintiff filed this action on March 6, 2026, giving him until June 4, 2026, to perfect service. *See* Complaint [ECF No. 1]. As of this writing, however, the Plaintiff hasn't filed proof of service on the Defendants. *See generally* Docket. Accordingly, we hereby **ORDER** the Plaintiff to serve the Defendants and to file proof of service on the docket by **June 4, 2026**. Failure to serve by that date will result in dismissal without further notice.

**DONE AND ORDERED** in the Southern District of Florida on May 7, 2026.



_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record