UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-cv-21523-ALTMAN

**ANGEL JOSE MARCANO PENA**,

*Plaintiff*,

*v.*

**U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT**, *et al.*,
*Defendants.*

_____/

## ORDER

The Plaintiff filed a Notice of Voluntary Dismissal [ECF No. 30] pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Being fully advised, we hereby **ORDER** that this action is **DISMISSED** *with prejudice*. Each party shall bear its own attorneys' fees and costs. The Clerk of Court is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on June 2, 2026.

_____
**ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE**

cc:      counsel of record