# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 08, 2026

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

FILED BY_____AP____D.C.

Jun 8, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Appeal Number:  26-11051-GG
Case Style:  Angel Marcano-Pena v. Acting Director of U.S. Immigration and Customs En, et al.,
District Court Docket No:  1:26-cv-21523-RKA

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers
General Information:    404-335-6100      Attorney Admissions:        404-335-6122
Case Administration:   404-335-6135      Capital Cases:              404-335-6200
CM/ECF Help Desk:      404-335-6125      Cases Set for Oral Argument: 404-335-6141

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 26-11051-GG

_____

ANGEL JOSE MARCANO-PENA,

Plaintiff - Appellant

versus

ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,
(ICE),
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE),
(ICE)
SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY,
U.S. DEPARTMENT OF HOMELAND SECURITY,
(DHS),
ATTORNEY GENERAL OF THE UNITED STATES, et al.,

Defendants - Appellees

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: The motion to voluntarily dismiss appeal filed by Appellant Angel Jose Marcano-Pena is GRANTED by clerk. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective June 08, 2026.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION